F I L E D
DEC 30 2015
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

RONALD EDWARD WILLIAMS,

    Plaintiff,

v.                                                             Civil Action No. **3:15CV581**

**UNITED STATES MARSHALS SERVICE,** *et al.*,

    Defendants.

## MEMORANDUM OPINION

Plaintiff, a Mississippi inmate, submitted this action and requested leave to proceed *in forma pauperis*. The pertinent statute provides:

> In no event shall a prisoner bring a civil action [*in forma pauperis*] if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury.

28 U.S.C. § 1915(g). Plaintiff has at least three other actions or appeals that have been dismissed as frivolous or for failure to state a claim. *See Williams v. United States*, No. 5:13-CV-422 (NAM/DEP), 2014 WL 991839, at *1 (N.D.N.Y. Mar. 13, 2014) (citing cases). Plaintiff's current pleading does not suggest that Plaintiff is in imminent danger of serious physical harm.

By Memorandum Order entered on November 4, 2015, this Court denied Plaintiff's request to proceed *in forma pauperis* and ordered him to submit the full filing fee within eleven (11) days of the date of entry thereof. Plaintiff failed to respond to the November 4, 2015 Memorandum Order. Accordingly, this action will be DISMISSED WITHOUT PREJUDICE. *See* Fed. R. Civ. P. 41(b).

An appropriate Order shall issue.

Date: DEC 30 2015
Richmond, Virginia

                                                       M. Hannah Lauck
                                                       United States District Judge